United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARKYL SAUCEDA,** | **Case No.: 4:25-cv-09718-YGR** |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: FAILURE TO** |
| v. | **SERVE; SETTING COMPLIANCE; STAYING RULE 26 DEADLINES; VACATING CASE** |
| **PORTFOLIO RECOVERY ASSOCIATES LLC,** | **MANAGEMENT CONFERENCE** |
| Defendant. | |

**TO PLAINTIFF MARKYL SAUCEDA:**

**YOU ARE HEREBY ORDERED TO SHOW CAUSE** in writing no later than **Friday, February 27, 2026**, why your claims should not be dismissed for failure to serve the complaint in the above-referenced action within 90 (ninety) days of filing pursuant to Federal Rule of Civil Procedure 4(m). The Court **SETS** a compliance hearing for **March 6, 2026,** on the **9:01 a.m.** calendar in Courtroom 1, United States Courthouse, 1301 Clay Street, Oakland, California. No later than **Friday, February 27, 2026**, plaintiff must file either: (1) proof of service of the complaint upon defendant; or (2) a motion for additional time in which to serve defendant, explaining good cause reasons for failure to serve defendant within the required time.

If plaintiff fails to comply with this order timely, the Court will dismiss this action without prejudice for failure to prosecute. If Plaintiff files the information timely, the Court may vacate the compliance hearing.

In light of the above, the Rule 26 deadlines set forth in the Court's Initial Case Management Scheduling Order (Dkt. No. 2) are hereby **STAYED** pending further order of this Court. The case management conference currently set for March 2, 2026 is hereby **VACATED.**

Assistance is available through the Legal Help Center. Parties can make an appointment to speak with an attorney who can provide basic legal information and assistance. The Help Center does not see people on a "drop-in" basis, and will not be able to represent parties in their cases.

There is no charge for this service. To make an appointment with the Legal Help Center, you may: (1) sign up in person on the appointment book outside the Legal Help Center offices at the San Francisco Courthouse (15th Floor, Room 2796) or Oakland Courthouse (Room 470S); (2) call 415-782-8982; or (3) email federalprobonoproject@sfbar.org. The Help Center's website is available at https://cand.uscourts.gov/representing-yourself.

The District Court has produced a guide for self-represented/*pro se* litigants called *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*, which provides instructions on how to proceed at every stage of a case, including discovery, motions, and trial. It is available electronically online (https://cand.uscourts.gov/representing-yourself/pro-se-handbook) or in hard copy, free of charge, from the Clerk's Office.

IT IS SO ORDERED.

Date:    February 13, 2026

_____
YVONNE GONZALEZ-ROGERS
UNITED STATES DISTRICT COURT JUDGE

United States District Court
Northern District of California

2