**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MARKYL SAUCEDA,

    Plaintiff,

    v.

PORTFOLIO RECOVERY ASSOCIATES LLC,

    Defendant.

Case No.: 4:25-cv-09718-YGR

**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

Re: Dkt. No. 7

On February 13, 2026, the Court issued an order to show cause why plaintiff's claims should not be dismissed for failure to timely serve the complaint pursuant to Federal Rule of Civil Procedure 4(m). (Dkt. No. 7.) The Court ordered plaintiff to file a response by no later than February 27, 2026, and warned that failure to do so would result in dismissal of this lawsuit for failure to prosecute. Plaintiff did not file a response.

Accordingly, this case is hereby **DISMISSED WITHOUT PREJUDICE**, and the hearing currently set for March 6, 2026 is **VACATED.** The clerk shall close the case file.

    **IT IS SO ORDERED**.

Date:   March 4, 2026

                           **YVONNE GONZALEZ ROGERS**

                        **UNITED STATES DISTRICT COURT JUDGE**